1  Vaughn A. Crawford
   Nevada Bar No. 7665
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: vcrawford@swlaw.com
6  Email: jschuttert@swlaw.com

7  Attorneys for Defendant
   HOWMEDICA OSTEONICS CORPORATION

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  CHARLES PRIMIANO, et al.,              Case No.:    2:03-cv-00373-JCM-PAL

12           Plaintiffs,

13  vs.                                    **STIPULATION AND ORDER FOR
                                            DISMISSALWITH PREJUDICE**
14  HOWMEDICA OSTEONICS
    CORPORATION, et al.,

15           Defendants.

16

17      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARYLOU

18  PRIMIANO   and   CHARLES   PRIMIANO,   and   Defendant   HOWMEDICA   OSTEONICS

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

12806166



Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1  CORPORATION, through their respective counsel of record, that the above matter be dismissed

2  with prejudice in its entirety with each party to bear their own costs and attorneys fees.

3  DATED this 31 day of March, 2011.

   DATED this 31st day of March, 2011.

4      SNELL & WILMER L.L.P.

       WHITE & WETHERALL, LLP

5

6  By: _____
       Vaughn A. Crawford, Esq.

   By: /s/ Peter C. Wetherall
       Peter C. Wetherall, Esq.

7      Jay J. Schuttert, Esq.
       3883 Howard Hughes Pkwy., Ste. 1100

       9345 West Sunset Road, Suite 100
       Las Vegas, NV 89148

8      Las Vegas, NV 89169

       Attorneys for Plaintiffs

9      Wayne A. Wolff, Esq. (*Pro Hac Vice*)
       SEDGWICK, DETERT, MORAN

10      & ARNOLD LLP
       One Market Plaza, Steuart Tower

11     8th Floor
       San Francisco, CA 94105

12     Ralph A. Campillo, Esq. (*Pro Hac Vice*)
       SEDGWICK, DETERT, MORAN

13      & ARNOLD LLP
       801 S. Figueroa Street, Suite 1800

14     Los Angeles, CA 90017

15     Attorneys for Defendant
       HOWMEDICA OSTEONICS

16     CORPORATION

17                              **ORDER**

18     IT IS SO ORDERED.

19     DATED this 4th day of April, 2011.

20

21     _____
       UNITED STATES DISTRICT COURT JUDGE

22  Prepared and Submitted by:
    SNELL & WILMER L.L.P.

23

24  _____
    Vaughn A. Crawford

25  Nevada Bar No. 7665
    Jay J. Schuttert

26  Nevada Bar No. 8656
    3883 Howard Hughes Parkway, Suite 1100

27  Las Vegas, NV 89169

28  Attorneys for Defendant
    HOWMEDICA OSTEONICS CORPORATION

12806166

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200